[No. 68314-4-I.   Division One.   June 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FOUAD ALI AHMED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11871-8, Michael Hayden, J., entered September 24, 2009. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Becker and Dwyer, JJ.

[No. 68609-7-I.   Division One.   June 3, 2013.]

CITIBANK SOUTH DAKOTA, NA, *Respondent*, v. MEHMET KAYMAZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-09716-3, Suzanne M. Barnett, J., entered March 16, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Verellen, JJ.

[No. 39168-6-II.   Division Two.   June 4, 2013.]

HUNTER CREST TWIN OAKS, LLC, *Appellant*, v. WASHINGTON MUTUAL BANK, *Respondent*, JP MORGAN CHASE BANK, NA, *Intervenor*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-07040-4, Brian M. Tollefson, J., entered April 3, 2009. *Reversed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[Nos. 42280-8-II; 42284-1-II.   Division Two.   June 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT EUGENE COLLINS, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 10-1-00623-8, Michael H. Evans, J., entered June 16, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Van Deren, J. Pro Tem.